# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CONSUELO SANDOVAL,<br><br>   Plaintiff,<br><br> v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.<br><br>   Defendants. | Case No. 16-cv-03344-BLF<br><br>**ORDER TO SHOW CAUSE** |

On March 23, 2017, the Court dismissed Plaintiff's first amended complaint with leave to amend on or before April 13, 2017. *See* Order Granting Defendant Experian's Motion to Dismiss First Amended Complaint with Leave to Amend, ECF 56. Plaintiff did not file an amended pleading within the time provided.

Plaintiff is ORDERED TO SHOW CAUSE, in writing and on or before May 1, 2017, why this action should not be DISMISSED WITH PREJUDICE.

Dated: April 17, 2017

_____
BETH LABSON FREEMAN
United States District Judge